IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RASHI KEYON MINES, #254 577, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-969-RAH |
| | ) | |
| BRANDON D. MACK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 21, 2020, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 17. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motion for summary judgment (Doc. 6) is GRANTED.

2. This case is DISMISSED with prejudice.

3. Costs are taxed against Plaintiff.

A separate Final Judgment will be entered.

DONE, this 2nd day of March, 2020.

           /s/ R. Austin Huffaker, Jr.
           R. AUSTIN HUFFAKER, JR.
           UNITED STATES DISTRICT JUDGE